



GREGORY MORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

August 10, 2023

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Gabriel Edelman, 22 Cr. 626

Dear Judge Clarke:

    The undersigned represents Mr. Edelman in the above captioned matter. Mr. Edelman is presently working to meet the terms of his release within the proscribed two-week period given by the magistrate judge. One requirement is that Mr. Edelman is to secure three financially responsible people to cosign his bond. I am informed by the United States Attotney's Office that that one of the potential cosigners must provide documentation before the government can determine whether to approve him as a cosigner. As I further understand it, the potential cosigner will not be able to provide the documentation until Sunday August 13. Thus, we request that the Court extend the time for Mr. Edelman to meet all the terms of his release. In an abundance of caution Mr. Edelman respectfully requests that the Court give him until August 18 to secure all of the required signatures.

    I have communicated with AUSAs Rothschild and Richman and they have no objection to an extension.

    As such, I request an opportunity to be heard on the matter at the Court's convenience.

Application is GRANTED. The deadline to secure all required cosigners for the bond is hereby extended to August 18, 2023.

SO ORDERED.

Respectfully submitted,

*Gregory Morvillo*

Gregory Morvillo

JESSICA G. L. CLARKE
United States District Judge

Dated: August 10, 2023
      New York, New York

www.MorvilloPLLC.com