

GREGORY MORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

August 25, 2023

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:     United States v. Gabriel Edelman, 22 Cr. 626**

Dear Judge Clarke:

The undersigned represents Mr. Edelman in the above captioned matter. On August 10, I wrote to Your Honor seeking additional time for Mr. Edelman to meet the terms of his release. I am writing to inform the Court that the bail conditions have been met.

In addition, Mr. Edelman has a request to go to the patio of the building in which he resides to jump rope or perform other cardio exercise. He has tried to do his cardio workout in the apartment and the neighbors have complained about the noise. Thus, Mr. Edelman respectfully requests that the Court permit him to go to the patio of his residence for 30 minutes per day for some exercise.

I have spoken to Mr. Edelman's Probation Officer Jonathan Lettieri and he has no objection to the request. Also, I communicated with AUSAs Rothschild and Richman and they defer to Probation.

As such, I request an opportunity to be heard on the matter at the Court's convenience.

Application GRANTED. Mr. Edelman is permitted to go to the patio of his residence for 30 minutes per day to exercise. The schedule shall be pre-approved by Pretrial Services. The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: August 28, 2023
    New York, New York

Respectfully submitted,

Gregory Morvillo

www.MorvilloPLLC.com