**MEMO ENDORSED**



GREGORY MORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

September 22, 2023

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:    United States v. Gabriel Edelman, 22 Cr. 626**

Dear Judge Clarke:

      The undersigned represents Mr. Edelman in the above captioned matter. On August 25, 2023, I wrote to inform the Court that Mr. Edelman had met the terms of his conditional release and to request one modification to those terms to allow for exercise time.

      Since that time, Mr. Edelman has remained compliant with his release terms, including the condition that allows him to leave his residence for Sabbath services on the weekends. As we approach the most holy of Jewish holidays, Mr. Edelman respectfully requests that the Court modify his release conditions to attend holiday services at the following locations and times (each time listed is inclusive of 10 minutes travel time):

- **Yom Kippur Services**:
    - Sunday, September 24, 2023 from 6:20pm until 9:40pm at Chabad of Washington Heights, 50 Overlook Terrace, New York NY 10033; and
    - Monday, September 25, 2023 from approximately 9:20am until 8:40pm at the same location.
- **Sukkot Services**:
    - Friday, September 29, 2023 from 6:20pm until 8:40pm at Mt. Sinai Synagogue Washington Heights, 135 Bennett Avenue, New York NY 10040; and
    - Saturday, September 30, 2023 from 8:50am until 2:10pm at the same location.
- **Simchat Torah Services**:
    - Saturday, October 7, 2023 from 6:05pm until 10:10pm at Mt. Sinai Synagogue Washington Heights, 135 Bennett Avenue, New York NY 10040; and

The Honorable Jessica G. L. Clarke
September 21, 2023

      o  Sunday, October 8, 2023 from 8:20am until 3:10pm at the same location.

In addition to the requested holiday services, Mr. Edelman respectfully requests that the Court modify his release conditions to allow him to attend 1-hour services on Sunday through Thursday each week from 7:20am - 8:40am (inclusive of travel time) at Mt. Sinai Synagogue Washington Heights, 135 Bennett Avenue, New York NY 10040. These daily services supplement the Friday and Saturday Sabbath services he regularly attends under his current release conditions.

I have conferred with Mr. Edelman's Pretrial Services Officer Stephen Boose who has no objection to Mr. Edelman's request, subject to his continued compliance with all release conditions. I also conferred with attorneys for the government who indicated that the government defers to Pretrial Services as it relates to this request.

Accordingly, Mr. Edelman respectfully request that the Court modify Mr. Edelman's release conditions to include attendance at the specified holiday and daily religious services.  Should the Court require further information I am available at Your Honor's convenience.

Respectfully submitted,

Gregory Morvillo

Application GRANTED. Mr. Edelman is permitted to attending services as outline above. The schedule shall be pre-approved by Pretrial Services. The Clerk of Court is respectfully directed to terminate ECF No. 21.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: September 22, 2023
      New York, New York