

GREGORY MORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com



February 22, 2024

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     United States v. Gabriel Edelman, 22 Cr. 626

Dear Judge Clarke:

The undersigned represents Gabriel Edelman in the above captioned matter. I am writing to request a modification to the terms of Mr. Edelman's bail conditions.

Mr. Edelman respectfully requests that the Court modify the terms of his release from home detention with location monitoring to a curfew enforced by location monitoring (with hours set at Pre-Trial Services discretion). The Court will no doubt recall that Pre-Trial recommended stricter terms of release in the fall of 2023. Since that time, Mr. Edelman has been fully compliant with all release conditions.

I have communicated with Mr. Edelman's Pre-Trial Services Officer, Stephen Boose, and he has no objection to the requested modification. Likewise, the government has communicated with Mr. Boose and, as I understand it, defers to Pre-Trial's position.

Should the Court require further information I am available at Your Honor's convenience.

Respectfully submitted,

*Gregory Morvillo*
Gregory Morvillo

---

Application GRANTED. Defendant Gabriel Edelman's conditions of bail are modified from home detention with location monitoring to a curfew enforced by location monitoring with hours sets by Pre-Trial Services. All other conditions of bail shall remain in effect. The Clerk of Court is directed to terminate the letter motion at ECF No. 28.

SO ORDERED.

Dated: February 23, 2024
    New York, New York

JESSICA G. L. CLARKE
United States District Judge

www.MorvilloPLLC.com